**WADE MILLER LAW**
ALICIA MCELWAINE-LETO, SBN: 308804
WADE A MILLER, SBN: 208980
235 E. BROADWAY, SUITE 424
LONG BEACH, CA 90802
TELEPHONE: (532) 437-6300
EMAIL: ALETO@WADEMILLERLAW.COM

*Attorneys for Plaintiff, ANGELINA MCELWAINE*

**MAURICE WUTSCHER LLP**
PATRICK R. TIRA (SBN 253259)
PATRICK J. KANE (SBN 273103)
501 WEST BROADWAY, SUITE 800
SAN DIEGO, CALIFORNIA 92101
TELEPHONE: (858) 381-7860
FACSIMILE: (866) 581-9302
E-MAIL: pkane@mauricewutscher.com

*Attorneys for Defendant, United Resource Systems, Inc.*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ANGELINA MCELWAINE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED RESOURCE SYSTEMS, INC.; and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No.: 2:17-cv-01366-ODW-JC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**Honorable Otis D. Wright II Presiding**<br><br>Filed: January 12, 2017<br>Trial: May 1, 2018 |

    Defendant United Resources Systems, Inc. ("URS") and Plaintiff Angelina McElwaine ("Plaintiff") (collectively, the "parties"), by their counsel, hereby stipulate as follows:

    1.    This action is dismissed, with prejudice, by the Plaintiff in its entirety, pursuant to Fed. R. Civ. P. 41(a).

    2.    Each party shall bear its own fees and costs.

Stipulation of Dismissal      1      Case No. 2:17-cv-01366-ODW-JC

1     **IT IS SO STIPULATED.**

3  Dated: July 6, 2017            **MAURICE WUTSCHER LLP,**

5                        By:   /s/ Patrick J. Kane, Esq.
Patrick R. Tira (SBN 253259)
Patrick J. Kane (SBN 273103)
501 W. Broadway, Suite 800
San Diego, California 92101
Phone: (858) 381-7860

*Attorneys for Defendant,*
*United Resource Systems, Inc.*

Dated: July 6, 2017            **WADE MILLER LAW,**

                       By:   /s/ Wade Miller, Esq.
Wade Miller, Esq.
Wade Miller Law
235 East Broadway, Suite 424
Long Beach, CA 90802

*Attorneys for Plaintiff*
*Angelina McElwaine*